```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

_____
                                    :
FRANK L. HARDY, III,                :
                                    :    No. 09-cv-1256 (NLH)(AMD)
          Plaintiff,                :
                                    :
     v.                             :    MEMORANDUM OPINION
                                    :
SR. OFFICER ROBERT PETROSKI,        :
et al.,                             :
                                    :
          Defendants.               :
_____:

IT APPEARING THAT:

1. Plaintiff Frank L. Hardy, III filed a civil rights action brought pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. The Court dismissed the complaint without prejudice. ECF No. 24. The Court granted Plaintiff 30 days to file an amended complaint in response to Plaintiff's request to reopen the matter. ECF No. 30.

3. Plaintiff filed his amended complaint within the time set by the Court, ECF No. 31, but it appears the matter was never reopened.

4. According to the New Jersey Department of Corrections' Inmate Locator, Plaintiff was released from custody on May 14, 2019. Offender Search Form, available at https://www20.state.nj.us/DOC_Inmate/inmatesearch.jsp (last visited August 18, 2020).

1

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Plaintiff shall update his address with the Court within 30 days of this Order.  If he does not update his address, the Clerk of the Court will be ordered to administratively terminate this case.

7. An appropriate order follows.


Dated:  August 19, 2020           s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.