```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
_____
                                    :
FRANK L. HARDY, III,                :
                                    :   No. 09-cv-1256 (NLH)(AMD)
               Plaintiff,           :
                                    :
          v.                        :   MEMORANDUM OPINION
                                    :
SR. OFFICER ROBERT PETROSKI,        :
et al.,                             :
                                    :
               Defendants.          :
_____ :
```

IT APPEARING THAT:

1. Plaintiff Frank L. Hardy, III filed a civil rights action brought pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. The Court dismissed the complaint without prejudice. ECF No. 24. The Court granted Plaintiff 30 days to file an amended complaint in response to Plaintiff's request to reopen the matter. ECF No. 30.

3. The Court reopened the matter on August 20, 2020 and gave Plaintiff 30 days to update his address. ECF No. 34.

4. The 30-day period has expired, and the notice sent to Plaintiff's last address of record was returned to the Court on September 22, 2020. ECF No. 35.

5. The returned envelope is marked "Return to Sender, Not Deliverable as Addressed, Unable To Forward." Id. A stamp on the envelope indicates Petitioner is "no longer in custody." Id.

      6.   Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

      7.   The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

      8.   An appropriate order follows.


Dated:  September 23, 2020          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.